# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

MITSOU LAFORTUNE and
AMOCLES LAFORTUNE,

    Plaintiffs,

v.                               Case No. 3:17-cv-1067-J-32JBT

WELLS FARGO BANK N.A., as
trustee on behalf of the Harborview
Mortgage Loan pass-through
certificate series 2007-1, SELECT
PORTFOLIO SERVICING, INC.,
and BANK OF AMERICA N.A.,

    Defendants.

## **O R D E R**

Upon review of the file, which shows no response from Plaintiffs to the Court's November 6, 2017 Order (and no activity from the Plaintiffs in this case since removal on September 14, 2017), this case is hereby **dismissed without prejudice** for failure to prosecute in accordance with Local Rule 3.10(a)[1] and

---

[1] Local Rule 3.10(a) authorizes the Court to issue an order to show cause why the case should not be dismissed for failure to prosecute, and if no cause is shown, to dismiss the case. Here, the Court issued an Order on November 6, 2017 giving Plaintiffs additional time to respond to Defendants' motion to dismiss and if they fail to do so "the Court [would] assume that [Plaintiffs] do not object to the dismissal of the case . . . ." (Doc. 15).

for failure to serve process on defendant Bank of America N.A. in accordance with Federal Rule of Civil Procedure 4(m). The Clerk shall close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 21st day of December, 2017.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies:

Counsel of record